# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. 08 MJ 2076 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| CARLOS HERNANDEZ - ALMANZA ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **LEO S. PAPAS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

GUADALUPE FLORES-TORRES

DATED: 7/23/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by (signature)    B. LLOYD
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082