FILED

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Criminal Case No. 08CR 2602-BTM
                           )
             Plaintiff,    )  I N F O R M A T I O N
                           )
    v.                     )  Title 8, U.S.C., Sec. 1325 -
                           )  Illegal Entry (Felony);
CARLOS HERNANDEZ-ALMANZA,  )  Title 8, U.S.C., Sec. 1325 -
                           )  Illegal Entry (Felony)
             Defendant.    )
_____)

The United States Attorney charges:

Count 1

On or about ____Jan. 10, 2008____, within the Southern District of California, defendant CARLOS HERNANDEZ-ALMANZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 12, 2000 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Central District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

JPME:rp:San Diego
7/20/08

<u>Count 2</u>

On or about July 8, 2008, within the Southern District of California, defendant CARLOS HERNANDEZ-ALMANZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 12, 2000 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Central District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED:  _8/7/08_      .

KAREN P. HEWITT
United States Attorney


JAMES P. MELENDRES
Assistant U.S. Attorney